```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

JANES, INC., ETAL                                     PLAINTIFFS

VS.                          Civ-13-2049

WILLIAM J. MOATES, ETAL                               DEFENDANTS

                        CLERK'S ORDER

     Upon stipulation and agreement by parties filed on 3/19/2013, the separate Defendant Sun America Annuity and Life Assurance Company f/k/a AIG SunAmerica Life Assurance Company has until April 9, 2013, in which to answer or otherwise plead in this matter.

                                    AT THE DIRECTION OF THE COURT

                                    CHRISTOPHER R. JOHNSON, CLERK

                        by:  /s/ Sallie Hicks
                                    Deputy Clerk

DATED: March 20, 2013