IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH   DIVISION

JANES, INC. And
LOREN JANES                                                                                    PLAINTIFF

     V.                                   Civil No.13-2049

WILLIAM J. MOATES;
SUN AMERICA ANNUITY AND LIFE ASSURANCE COMPANY;
AIG SUN AMERICA LIFE ASSURANCE COMPANY                    DEFENDANTS

### CLERK'S ORDER OF DISMISSAL

Now on this 15TH day of May, 2013 comes the parties Notice and Joint Stipulation of dismissal, WITHOUT PREJUDICE  from this law suit, as to all claims against separate defendants, SunAmerica Anniuty and Life Assurance Company and AIG SunAmerica Life Assurance Company ONLY.

Pursuant to Rule 41(a)(1)(A)(ii),  Federal Rules of Civil Procedure, the claims are hereby dismissed without  prejudice as to each of the separate Defendants.


IT IS HEREBY ORDERED:                    AT THE DIRECTION OF THE COURT

                                                        CHRISTOPHER R. JOHNSON, CLERK

                                    BY :        /s/ Sallie Hicks, Deputy Clerk