IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANES, INC., ET AL                                                                 PLAINTIFF(S)

vs.                              CASE NO:  13-2049

WILLIAM J. MOATES, ET AL                                              DEFENDANT(S)

## CLERK'S ORDER

Upon request of  Leigh M. Chiles  attorney for  National Planning Corp., with the written consent of the opposing parties,

National Planning Corporation  is hereby granted until and including  August 6, 2013  in which to  respond or otherwise plead in this matter.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By:  */s/ Sallie Hicks*
          Deputy Clerk