IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANES, INC. and
LOREN JANES.

                                        PLAINTIFFS

v.    Case No. 2:13-CV-02049

WILLIAM J. MOATES;
SUNAMERICA ASSET MANAGEMENT CORP.
f/k/a AIG SUN AMERICA ASSET MGT. CORP.; and
SUNAMERICA CAPITAL SERVICES, INC.
f/k/a AIG SUNAMERICA CAPITAL SERVICES, INC.    DEFENDANTS

## ORDER

      Before the Court is the motion (Doc. 42) of attorney R. Gunner DeLay, of law firm Gunner DeLay, PLLC, to withdraw as counsel of record for Defendant William J. Moates. The Court, being well and sufficiently advised, finds that the motion should be GRANTED, and R. Gunner DeLay is withdrawn as counsel for Mr. Moates. The Court notes that no other attorney has entered an appearance as counsel for Mr. Moates. Therefore, Mr. Moates or his representative is hereby ORDERED to (1) have another attorney enter an appearance on his behalf; or, in the alternative, (2) advise the Court that he wishes to represent himself in this matter by proceeding without counsel, *pro se*. Such appearance must be entered or notification received **on or before November 13, 2013**.

      R. Gunner DeLay is directed to provide Mr. Moates with a copy of this order, and to file an affidavit averring service or other proof of compliance with this order on the record.

      IT IS SO ORDERED this 16th day of October, 2013.

                                                /s/ P. K. Holmes, III
                                                P.K. HOLMES, III
                                                CHIEF U.S. DISTRICT JUDGE