IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JANES, INC. and LOREN JANES                                                    PLAINTIFFS

v.                                       Case No. 2:13-CV-02049

WILLIAM J. MOATES; SUNAMERICA ASSET
MANAGEMENT CORP. f/k/a AIG SUN
AMERICA ASSET MGT. CORP.; and
SUNAMERICA CAPITAL SERVICES, INC. f/k/a
AIG SUNAMERICA CAPITAL SERVICES, INC.                                          DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that the motion to dismiss (Doc. 31) filed by Defendants SunAmerica Asset Management Corp., f/k/a AIG SunAmerica Asset Management Corp. ("SAAMCo."), and SunAmerica Capital Services, Inc., f/k/a AIG SunAmerica Capital Services, Inc. ("SunAmerica Capital") is GRANTED.

This case is accordingly dismissed without prejudice. Any appropriate motion for costs or fees must be filed by February 10, 2014. Otherwise, the parties are to bear their own costs and fees.

IT IS SO ORDERED AND ADJUDGED this 31st day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE